# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　v.<br>JOHNNIE JOE LONGS (16),<br>　　　　　Defendant. | **COURT MINUTES - CRIMINAL**<br><br>Case No:　　　　07-189 (16) (JRT/JSM)<br>Date:　　　　　07/20/09<br>Court Reporter:　Kristine Mousseau<br>Time Commenced:　5:15 pm<br>Time Concluded:　6:21 pm<br>Time in Court:　1 Hour & 6 Minutes |

Before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
　For Plaintiff:　Anders Folk
　For Defendant:　Andrew Birrell　☐ FPD ☒ CJA ☐ Retained ☐ Appointed

☒ **Sentencing.**
　　- Defendant's motion to appoint counsel [Docket No. 878] - WITHDRAWN by Defendant
　　- Defendant's motion for downward departure [Docket No. 892] - DENIED by Court
　　- Defendant's motion for variance [Docket No. 893] - GRANTED by Court
　　- Defendant's motion for reconsideration [Docket No. 915] - DENIED by Court

☒ Hearing held on objections to the presentence report.

IT IS ORDERED:

Defendant is sentenced to:

| Count. No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | | Y | 240 months to be served concurrently with other count | | 10 years - to run concurrently with other count | | |
| 2 | | Y | 240 months to be served concurrently with other count | | 3 years - to run concurrently with other count | | |

☒ Special conditions of :
　　　　See J&C for special conditions

☒ Defendant sentenced to pay:
　☒ Special assessment in the amount of $200.00 to be paid .
☒ Plea and plea agreement accepted.
☒ Defendant remanded to the custody of the U.S. Marshal.

　s/Holly Morley　
Calendar Clerk
